```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RAMON CAZAREZ-RAMIREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-00059-MCE |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **STATUS CONFERENCE AND EXCLUDING** |
| v. ) | **TIME** |
| ) | |
| RAMON CAZAREZ-RAMIREZ, ) | |
| ) | Date:  March 19, 2008 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Morrison C. England, Jr. |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Emanuel Alvares-Gonzales, through their respective attorneys, that the status conference presently scheduled for March 19, 2008 may be continued to April 17, 2008, at 9:00 a.m.

   Defense counsel seeks additional time to prepare, to review discovery, to conduct ongoing investigation, and to confer with Mr. Cazarez-Ramirez regarding the issues of his case.  To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act may be excluded through April 17, 2008, pursuant to 18 U.S.C. §

1  3161(h)(8)(A) and (B)(iv) (Local Code T4).

2                                       Respectfully submitted,

3                                       DANIEL J. BRODERICK
                                        Federal Defender
4

5  Dated:  March 18, 2008               /s/ T. Zindel
                                        TIMOTHY ZINDEL
6                                       Assistant Federal Defender
                                        Attorney for
7                                       RAMON CAZAREZ-RAMIREZ

8

9                                       McGREGOR SCOTT
                                        United States Attorney
10

11 Dated:  March 18, 2008               /s/ T. Zindel for Kyle Reardon
                                        PHILLIP TALBERT
12                                      Assistant U.S. Attorney

13

14                              **O R D E R**

15      The status conference is continued to April 17, 2008, at

16 9:00 a.m.  The Court finds that time under the Speedy Trial Act shall be

17 excluded through that date in order to afford counsel reasonable time to

18 prepare.  Based on the parties' representations, the Court finds that the

19 ends of justice served by granting a continuance outweigh the best

20 interests of the public and the defendant in a speedy trial.

21      IT IS SO ORDERED.

22  Dated: March 19, 2008

23

24                                      _____
25                                      MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE
26

27

28

Stip & Order/U.S. v. Cazarez-Ramirez      -2-