1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   RAMON CAZAREZ-RAMIREZ
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13

14 UNITED STATES OF AMERICA,       ) No. 2:08-cr-00059-MCE
                                   )
15           Plaintiff,            ) **STIPULATION AND ORDER**
                                   ) **CONTINUING STATUS CONFERENCE**
16      v.                         ) **AND EXCLUDING TIME**
                                   )
17 RAMON CAZAREZ-RAMIREZ,          )
                                   ) Date: April 17, 2008
18           Defendant.            ) Time: 9:00 a.m.
                                   ) Judge: Morrison C. England, Jr.
19 _____ )

20

21     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

22 of America, and defendant, Ramon Cazarez-Ramirez, through their

23 respective attorneys, that the status conference presently scheduled for

24 April 17, 2008 may be continued to May 8, 2008, at 9:00 a.m.

25     Defense counsel seeks additional time to obtain court records and

26 other information that may bear on guidelines calculations in the case.

27 ///

28 ///

1  Because that information is likely to affect resolution of the case, the
2  parties agree that time under the Speedy Trial Act may be excluded
3  through May 8, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)
4  (Local Code T4).

5                                            Respectfully submitted,

6                                            DANIEL J. BRODERICK
                                             Federal Defender
7

8  Dated:  April 15, 2008                    /s/ T. Zindel
                                             TIMOTHY ZINDEL
9                                            Assistant Federal Defender
                                             Attorney for RAMON CAZAREZ-RAMIREZ
10

11                                           McGREGOR SCOTT
                                             United States Attorney
12

13 Dated:  April 15, 2008                    /s/ T. Zindel for K. Reardon
                                             KYLE REARDON
14                                           Assistant U.S. Attorney

15

16                              **O R D E R**

17     The status conference is continued to May 8, 2008, at 9:00 a.m.
18 Time under the Speedy Trial Act is excluded through that date in order to
19 afford counsel reasonable time to prepare, the Court finding that the
20 ends of justice served by granting a continuance outweigh the best
21 interests of the public and the defendant in a speedy trial for the
22 reasons set forth above.
23     IT IS SO ORDERED.

24
    Dated: April 16, 2008
25

26

27                                           _____
                                             MORRISON C. ENGLAND, JR.
                                             UNITED STATES DISTRICT JUDGE
28

-2-